FILED
2007 Nov-26 PM 12:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| **ANGELA DENISE NAILS,** | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Civil Action Number **7:07-cv-2076-UWC** |
| **ALASA RANA and RUSSELL RANA,** | ) ) ) | |
| Defendants. | ) ) | |

## MEMORANDUM OPINION ON THE COURT'S
## LACK OF SUBJECT MATTER JURISDICTION

Plaintiff, Angela Denise Nails, who has elected to proceed *pro se*, initiated this action on November 16, 2007. In her complaint, Ms. Nails alleges she suffered $10,000 in damages after being hit by an automobile driven by defendants, who are apparently residents in her apartment building. Ms. Nails also alleges some unidentified form of harassment by defendants. Finally, Ms. Nails gives an Alabama address for the defendants.

Given the allegations in the complaint, Ms. Nails' has failed to allege a basis for the existence of federal question or diversity jurisdiction. Therefore, by separate order, this action will be dismissed, without prejudice to the right of Ms. Nails to pursue her

claims in state court.

    Done this 26th day of November, 2007.

                                          _____
                                                    U.W. Clemon
                                        United States District Judge